United States District Court
Southern District of Texas

**ENTERED**

May 20, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ISRAEL DIAZ MOREU, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-279 |
| | § | |
| WARDEN OF THE PORT ISABEL | § | |
| DETENTION CENTER, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner Israel Diaz Moreu was detained by Immigration and Customs Enforcement at the Port Isabel Detention Center in Cameron County, Texas.  Maria Diaz Moreu, who is Petitioner's sister, filed the Petition for Writ of Habeas Corpus (Doc. 1) on Petitioner's behalf, but the record does not reflect that Maria Diaz Moreu is a licensed attorney.

A United States Magistrate Judge ordered Petitioner and Maria Diaz Moreu to show cause as to why Maria Diaz Moreu could litigate on Petitioner's behalf. (Order, Doc. 19)  Maria Diaz Moreu filed a response. (Statement, Doc. 17)  The Magistrate Judge reviewed the Statement and recommends that the case be dismissed without prejudice because Maria Diaz Moreu does not meet the requirements to litigate as a next friend on Petitioner's behalf. (R&R, Doc. 19)  No party has objected to the R&R, and the deadline to do so elapsed on April 23, 2026.[1]

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

---

[1] Petitioner has been transferred to the Oldham County Jail in La Grange, Kentucky, and a copy of the R&R was mailed to him there. The mailing was received on May 2, 2026, and no objection was filed within 14 days of receipt. (*See* Doc. 24 (reflecting receipt))

1 / 2

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 19).  It is:

**ORDERED** that Petitioner Israel Diaz Moreu's Petition for Writ of Habeas Corpus (Doc.

1) is **DISMISSED WITHOUT PREJUDICE.**

Each party shall bear its own fees and costs.

The Clerk of Court is directed to close this case.

Signed on May 20, 2026.

Fernando Rodriguez, Jr.
United States District Judge